CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 2 4 2005

JOHN F. CORCORAN, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DARRYL S. HARRIS, #297030,<br>    Petitioner, | )<br>)<br>) | Civil Action No. 7:04-cv-00694 |
| v. | )<br>) | **FINAL ORDER** |
| COMMONWEALTH OF VIRGINIA,<br>GENE JOHNSON, DIRECTOR,<br>DEPARTMENT OF CORRECTIONS,<br>    Respondent. | )<br>)<br>)<br>)<br>) | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that as to petitioner's remaining claims, related to his Rockbridge County convictions, respondent's motion to dismiss shall be and is hereby **GRANTED**; the petition for writ of habeas corpus, pursuant to 28 U.S.C. §2254, is **DISMISSED**; all other pending motions are hereby **DISMISSED** as moot; and the clerk shall strike the action from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to petitioner and to counsel of record for the respondent.

ENTER: This 23rd day of June, 2005.

/s/ James C. Turk
Senior United States District Judge